# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-2452
L.T. Case No. 2019-CF-003202-A
_____

JIMMIE R. JENNINGS, III,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Michael Joseph Rudisill, Judge.

Jimmie R. Jennings, III, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

November 26, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, KILBANE, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————